IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIANA M. MINIER, | * |
| Plaintiff, | * |
| v. | * Case No. WMN 01CV 3703 |
| PRISON HEALTH SERVICES, INC., | * |
| Defendant. | * |

## CONSENT MOTION FOR EXTENSION
## OF TIME TO RESPOND TO COMPLAINT

Defendant moves for a 20-day extension of time to February 25, 2002 to respond to the Complaint in the above matter. Defendant's counsel was contacted on Friday afternoon, February 8, 2002 concerning this matter, and requires additional time to prepare a response. Plaintiff's counsel has consented to this Motion. This is a substitute for the Motion for Extension filed on February 8, 2002.

Respectfully submitted,

_____
Eric Hemmendinger
Federal Bar No. 02050
SHAWE & ROSENTHAL, LLP
20 S. Charles Street
Baltimore, Maryland 21201
(410) 752-1040

4261.doc

SO ORDERED this 12th day of February, 2002.

_____
Judge, United States District Court

SHAWE
&
ROSENTHAL, LLP
BALTIMORE, MD



**CERTIFICATE OF SERVICE**

```
                    FILED
               U.S. DISTRICT COURT
               DISTRICT OF MARYLAND

               2002 FEB 12  A 10:29

               CLERK'S OFFICE
               AT BALTIMORE

               BY_____DEPUTY
```

I HEREBY CERTIFY that a copy of the foregoing Consent Motion for Extension of Time to Respond to Complaint was served this 11th day of February 2002, by United States mail, postage prepaid, upon:

        Mary T. Keating
        728 Deepdene Road
        Baltimore, MD 21210

        _____
        Eric Hemmendinger