IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

DIANA MINIER                             *

    Plaintiff                        *

v.                                       *   Civil Action no. WMN-01-3703

PRISON HEALTH SERVICES, INC.             *

    Defendant                        *

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the Consent Motion to Revise the Scheduling Order in th.s matter, and there appearing good grounds for the Motion, hereby ORDERS that the scheduling order is revised as follows:

| | |
|---|---|
| Discovery deadline, status report due | August 5, 2002 |
| Requests for admissions due | August 12, 2002 |
| Dispositive judgment motions due | September 9, 2002 |

_William M. Nickerson_ 7/12/02
William M. Nickerson, United States
District Judge