IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DIANA MINIER,                          :

    Plaintiff                      :

v.                                     :     Civil Action WMN-01-CV-3703

PRISON HEALTH SERVICES, INC.,          :

    Defendant                      :

### ORDER

In accordance with the foregoing Memorandum, and the reasons stated therein, IT IS this 10th day of April, 2003, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant's Motion for Summary Judgment (Paper No. 13) is hereby GRANTED;

2. That this action is hereby CLOSED;

3. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

4. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

/s/
_____
William M. Nickerson
Senior United States District Judge