IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DIANA M. MINIER                    :

v.                                 :   CIVIL ACTION NO. WMN-01-3703

PRISON HEALTH SERVICES, INC.       :
                                  ..oOo..

**O R D E R**

On April 10, 2003, Senior Judge William M. Nickerson granted the defendant's motion for summary judgment and entered judgment in favor of the defendant and against the plaintiff. (Paper Nos. 16 & 17.) On April 21, 2003, the defendant filed a Bill of Costs request, seeking the award of $2,237.70 in costs associated with court reporter fees. (Paper No. 18.) No objection has been filed. The Bill of Cost was electronically filed without accompanying memorandum and supporting materials, *i.e.*, invoices or billings, which would identify the court reporter fees in question.[1] I therefore do not know whether the fees in question are associated with deposition or trial transcripts and have no way to determine whether the costs and charges are both recoverable and reasonable. For this reason, the cost request shall be denied in its entirety. The defendant is of course free to file a timely petition for review pursuant to Fed. R. Civ. P. 54(d)(1).

Dated this 19 day of May, 2003.

_____/s/_____
Felicia C. Cannon

---

[1] As all documents filed since March 3, 2003 have been electronically filed, this order shall likewise be entered and issued via the CM/ECF system.

Clerk of the Court